# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00617-CR

**Rhett Webster Pease, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. 586435, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

Rhett Webster Pease filed a Anotice of interlocutory appeal@ seeking a determination by this Court as to Awhether or not the county court [at law] has any jurisdiction in this matter,@ a prosecution for resisting arrest. The notice states that the specific issue Pease seeks to address by this interlocutory appeal is Awhether or not de-facto officers can charge defendant with resisting arrest without warrant supported by affidavit.@

Courts of appeals do not have jurisdiction to consider interlocutory appeals unless that jurisdiction has been expressly granted by law. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). There is no statutory provision granting a right to appeal the matter at issue here before a final judgment has been rendered.

The appeal is dismissed for want of jurisdiction.

David Puryear, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   October 17, 2002

Do Not Publish